IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MATTHEW HARMANN,<br><br>      Plaintiff,<br><br>vs.<br><br>JAMES MARTIN "MARTY" ARGANBRIGHT, in his individual capacity, JEREMY BENNETT, in his individual capacity; and DANA MINTEER, in her individual capacity.<br><br>      Defendants. | CASE NO. 4:24-CV-336<br><br><br><br>PLAINTIFF'S MOTION TO RAISE SECURITY LEVEL FOR DEFENDANT'S ATTACHMENT TO PRE-ANSWER MOTION TO DISMISS |

COMES NOW Plaintiff, Matthew Harmann, by his attorney, Robert Rehkemper, and for Plaintiffs' Motion to Raise Security Level for Defendant's Attachment to Pre-Answer Motion to Dismiss, states the following:

1. Defendants filed a pre-answer Motion to Dismiss on October 24, 2024.

2. Including with said filing was an Attachment, a report referenced in the Complaint, written by Jon Thomas pursuant to an internal investigation requested by the Guthrie County Sheriff's Department.

3. Said report includes information, quotes and summarization of statements made by Plaintiff and other individuals falling under the confidentiality provisions of Iowa Code section 80F.1(20).

4. It does not appear that said attachment has been given any elevated security designation nor have Defendants made any such request.

5. Given that the report contains statutorily protected confidential information related to an internal investigation occurring pursuant to Iowa Code chapter 80F, said document should not be accessible by the general public.

6. As such, Plaintiff respectfully requests that the court increase the security level of said document to only permit access by the court and parties.

Respectfully Submitted,

GOURLEY, REHKEMPER,
& LINDHOLM, P.L.C.

By: /s/ *Robert Rehkemper*

_____
Robert G. Rehkemper, AT0006553
440 Fairway, Suite 210
West Des Moines, IA 50266
Telephone No. (515) 226-0500
Email: rgrehkemper@grllaw.com
ATTORNEY FOR PLAINTIFF

ORIGINAL FILED.

Copy to:

Jason Palmer
Ryan Tunink
LAMSON DUGAN & MURRAH LLP
6400 Westown Parkway, Suite 280
West Des Moines, IA 50266
Telephone: 515-823-0458
Email: jpalmer@ldmlaw.com
         rtunink@ldmlaw.com

| CERTIFICATE OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on November 7, 2024. |
| By: ☐ U.S. Mail  ☐ FAX  ☐ Hand Delivered  ☐ Overnight Courier  ☐ Certified Mail  ☒ E-Filed |
| Signature: Madisyn Moorman |