UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| MATTHEW HARMANN,<br><br>Plaintiff,<br><br>v.<br><br>MARTY ARGANBRIGHT, in his individual capacity; JEREMY BENNETT; in his individual capacity; and DANA MINTEER, in her individual capacity;<br><br>Defendants. | CASE NO.: 4:24-cv-336<br><br><br>**DEFENDANTS' OBJECTION TO MAGISTRATE'S ORDER REGARDING PLAINTIFF'S MOTION TO SEAL** |

**COME NOW** the Defendants, Marty Arganbright, Jeremy Bennett, and Dana Minteer, and for their Objection to the Magistrate's Order Regarding Plaintiff's Motion to Seal, pursuant to Federal Rule of Civil Procedure 72(a) and 28 U.S.C. § 636(b)(1)(A), state as follows:

1. Plaintiff's Complaint asserts claims stemming from alleged retaliation that occurred in response to his decision to run for elected office. *See generally*, Dkt. 1.

2. A number of his claims are based on the allegedly unlawful disclosure of an investigatory report that was completed in response to misconduct committed by Plaintiff. *See, e.g.*, Dkt. 1, Counts V. Plaintiff contends the disclosure of that report violates Iowa Code section 80F.1(20). *Id.*

3. Defendants filed their Pre-Answer Motion to Dismiss on November 7, 2024. *See generally* Dkt. 3. As part of that motion, Defendants attached the investigatory report that was incorporated by reference to Plaintiff's Complaint.[1] *See* Dkt. 3, Attachment 1.

4. Defendants' Pre-Answer Motion argues for the dismissal of all claims against the

---

[1] Plaintiff did not resist Defendants' argument that the investigatory report has been incorporated by reference into these proceedings.

1

Defendants. In relevant part, Defendants assert the investigatory report is not protected information under Iowa Code section 80F.1(20). *See* Dkt. 3, at p. 14-16.

5. On November 7, 2024, Plaintiff filed their Motion to Raise Security Level for Defendant's Attachment to Pre-Answer Motion to Dismiss. *See* Dkt. 6. Plaintiff's sole basis for their Motion was the assertion that the report is protected information under Iowa Code section 80F.1(20). *Id.*

6. Defendants' timely resisted Plaintiff's Motion on November 14, 2024. *See* Dkt. 8. In relevant part, Defendants highlighted the general presumption of public accessibility to court documents, as well as reasserting that the report is not protected information under section 80F.1(20). *Id.*

7. On November 26, Magistrate Judge William P. Kelly entered a text order granting Plaintiff's Motion to Raise Security Level for Defendant's Attachment to Pre-Answer Motion to Dismiss. *See* Dkt. 10.

8. Pursuant to Federal Rule of Civil Procedure 72(a) and 28 U.S.C. 636(b)(1)(A), a party may object to any order by a magistrate judge on non-dispositive motions within fourteen days of being served a copy of the order.

9. Upon such objection, "the district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to the law." Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. 636(b)(1)(A).

10. Defendants respectfully assert Magistrate Kelly's decision is clearly erroneous and contrary to the law for the reasons stated in Defendants' Resistance to Plaintiff's Motion to Raise Security Level for Defendants' Attachment to Pre-Answer Motion to Dismiss, to wit: (1) The investigatory report does not meet the definitional requirements to be

protected information under Iowa Code section 80F.1(20), and (2) Placing the report under seal violates common law traditions allowing public access to judicial records. *See* Dkt. 8.

11. Defendants respectfully request the District Court Judge set aside Magistrate Kelly's order and direct the clerk of court to unseal Attachment 1 to Defendants Pre-Answer Motion to Dismiss.

**WHEREFORE** the Defendants, Marty Arganbright, Jeremy Bennett, and Dana Minteer respectfully request the Court enter an order consistent with this motion.

MARTY ARGANBRIGHT, JEREMY BENNETT, and DANA MINTEER, Defendants,

By: _/s/ Jason C. Palmer_

Jason C. Palmer AT0006089
Ryan P. Tunink AT0014964
LAMSON DUGAN & MURRAY LLP
6400 Westown Parkway, Suite 280
West Des Moines, Iowa 50266
Telephone: (515) 823-0458
Facsimile: (515) 298-6536
Email: jpalmer@ldmlaw.com
          rtunink@ldmlaw.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically filed the foregoing with Clerk of Court using the CM/ECF system which will provide notification of such filing to all counsel of record.

_/s/Misty Munoz_
Misty Munoz