Matthew Harmann

Plaintiff - Appellee

v.

James Martin Arganbright, in his individual capacity, also known as Marty; Jeremy Bennett, in his individual capacity

Defendants - Appellants

Dana Minteer, in her individual capacity

Defendant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00336-SHL)
_____

**JUDGMENT**

Before SMITH, GRUENDER, and STRAS, Circuit Judges.

 This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

 The appeal is dismissed with respect to the district court's ruling on Harmann's state claim related to the release of confidential information. The district court's order is otherwise affirmed in accordance with the opinion.

October 30, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Susan E. Bindler