IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MATTHEW HARMANN, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MARTIN "MARTY" ARGANBRIGHT, in his individual capacity and JEREMY BENNETT, in his individual capacity, <br><br> Defendants. | CASE NO. 4:24-cv-00336 <br><br><br> NOTICE OF SETTLEMENT |

COMES NOW Plaintiff, by and through undersigned counsel, and hereby notifies the Court that the parties have reached a settlement in principle resolving all claims in this matter. The parties are currently in the process of finalizing the terms of the settlement by obtaining approval and preparing the necessary settlement documents.

Pursuant to Local Rule 41, Plaintiff respectfully requests that the Court take note of this settlement and vacate all pending deadlines and hearings, including the four-day jury trial currently scheduled for June 21 - 24, 2027.

The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within sixty (60) days of the date of this Notice. Counsel will promptly notify the Court if any issue arises that prevents the timely filing of the dismissal.

1

Respectfully Submitted,

GOURLEY, REHKEMPER,& LINDHOLM, PLC

By: /s/ *Robert Rehkemper*

_____

Robert G. Rehkemper,  AT0006553
440 Fairway, Suite 210
West Des Moines, IA 50266
Telephone No. (515) 226-0500
Email:  rgrehkemper@grllaw.com
ATTORNEY FOR PLAINTIFF

Original filed via CM/ECF.

Copy to:

Jason C. Palmer
Ryan P. Tunink
LAMSON DUGAN & MURRAY
6400 Westown Parkway, Suite 280
West Des Moines, IA 50266
jpalmer@ldmlaw.com
rtunink@ldmlaw.com
ATTORNEYS FOR DEFENDANTS

| CERTIFICATE OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 29, 2026. |
| By: ☐ U.S. Mail  ☐ FAX  ☐ Hand Delivered  ☐ Overnight Courier  ☐ Certified Mail  ☒ E-Filed |
| Signature: *Melissa Page* |

2